United States District Court
Southern District of Texas
**ENTERED**
May 26, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § § | |
| *Plaintiff,* | § § | CASE NUMBER: 2:09CR1023-4 |
| v. | § § | |
| JUAN CARLOS GARCIA | § § | |
| *Defendant.* | § § | |

## ORDER REQUIRING DEFENDANT TO APPEAR IN THE ORIGINATING DIVISION

You are **ORDERED** to appear in the Southern District of Texas in the Division where the charges against you originated as follows:

| **Place:** Southern District of Texas, Division CORPUS CHRISTI (insert address of courthouse) | **Courtroom Number:** ___ |
|---|---|
| | **Date:** Click here to enter a date. **Time:** Choose an item. |

The following hearings will be held before Judge (insert name of MJ)

___  Preliminary Hearing

___  Counsel Determination

___  Arraignment

Signed on May 26, 2022

_____
SAM SHELDON
UNITED STATES MAGISTRATE JUDGE